# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
HONORABLE DAWN HAVILAND,
GOODSPRINGS TOWNSHIP JUSTICE
OF THE PEACE, COUNTY OF CLARK,
STATE OF NEVADA.

No. 70239

**FILED**

APR 29 2016

TRACIE K. LINDE...
CLERK OF SUPREME ...
BY
CHIEF DEPUTY CLERK

## *ORDER ADMINISTRATIVELY CLOSING CASE*

This matter was docketed in this court on April 25, 2016, with the filing of a certified copy of the Stipulation and Order of Consent to Public Reprimand. *See* Procedural Rules of the Nevada Commission on Judicial Discipline ("PRJDC"), Rule 29 (upon entry of an order of discipline pursuant to a stipulation and consent, the commission must file a certified copy of the order with the clerk of the supreme court). Because this is a consent order, the clerk of this court is directed to administratively close this matter.

It is so ORDERED.



_____, C.J.

cc:     Dawn Haviland
        Law Offices of Kathleen M. Paustian, Chartered
        Nevada Commission on Judicial Discipline

16 - 13442